IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAMIRO JIMENEZ, JESUS JIMENEZ, *and all others similarly situated under* *29 U.S.C. § 216(b)*, <br><br> Plaintiffs, <br><br> v. <br><br> ROCKWOOD DEVELOPMENT, L.L.C., a/k/a TEXAS DIRT CONTRACTORS, PERRY MARKER, and ALAN MARKER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:17-CV-3174-C |

### FINAL JUDGMENT

On September 19, 2018, the Court entered an Order granting in part and denying in part Plaintiffs' Motion for Default Judgment. The Court ordered Plaintiffs to submit supplemental briefing with additional evidence to support their requests for damages. On October 15, 2018, Plaintiffs filed their Supplemental Briefing, therein attaching detailed affidavits, pay stubs and W-2s. The Court, having considered Plaintiffs' Supplemental Briefing, is of the opinion Plaintiffs have provided sufficient evidence to support their claim for damages.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that Plaintiffs are entitled to the relief as set forth below:

Plaintiff Ramiro Jimenez:

(a) $47,997.30 in unpaid wages;[1]

---

[1] The Court finds the three-year statute of limitations, as set forth by 29 U.S.C. § 255(a), is applicable to the claims brought by Plaintiff Ramiro Jimenez.

1

      (b) $47,997.30 in liquidated damages.

      Total: $95,994.60

Plaintiff Jesus Jimenez

      (a) $14,488.11 in unpaid wages;

      (b) $14,488.11 in liquidated damages.

      Total: $28,976.22

The Court **ORDERS** that Plaintiffs file their motion for attorney's fees and costs no later than twenty-one (21) days after the date of this Final Judgment.

Signed this 24 day of October, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE